**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 17-6586**

---

LARRY JAMES TYLER,

        Plaintiff - Appellant,

     v.

ROSENA JAMES; CAPTAIN COE; BEVERLY ADDISON; WAYNE BYRD,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  Mary G. Lewis, District Judge.  (9:16-cv-01068-MGL)

---

Submitted:  September 26, 2017            Decided:  September 28, 2017

---

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Larry James Tyler, Appellant Pro Se.  Samuel F. Arthur, III, James Rufus Bratton, III, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA, Florence, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry James Tyler appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tyler v. James*, No. 9:16-cv-01068-MGL (D.S.C. May 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*